**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


ASMA JABOW

      Plaintiff,

v.

CHASE HOME FINANCE LLC,

      Defendant.

Case No. 12-10370
Honorable Denise Page Hood

_____/

**<u>JUDGMENT</u>**


    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this

Date <u>June 29, 2012</u>, this cause of action is **DISMISSED**. Accordingly, judgment is

entered in favor of Defendant and against Plaintiff.

    Dated at Detroit, Michigan this 29th, day of June, 2012.


          DAVID J. WEAVER
          CLERK OF THE COURT

          BY: <u>s/ Tanya Bankston</u>


APPROVED:

<u>s/Denise Page Hood</u>
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, June 29, 2012, by electronic and/or ordinary mail.

          <u>s/Tanya Bankston for LaShawn Saulsberry</u>
          Case Manager, (313) 234-5160